JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE SOON LEE,<br>       Plaintiff,<br><br>       v.<br><br>SOCIAL SECURITY OFFICE,<br>       Defendant. | CV 18-9947 DSF (SSx)<br><br><br>JUDGMENT |

The Court having granted a motion to dismiss for lack of subject matter jurisdiction without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed.

Date: January 9, 2019

_____
Dale S. Fischer
United States District Judge